```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

ALAN SCOTT,                        )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )    C.A. No. 19-11359-PBS
                                   )
ADMIN RECOVERY, LLC,               )
                                   )
        Defendant.                 )
                                   )
```

**ORDER**

**June 19, 2019**

Saris, C.J.

On June 19, 2019, pro se litigant Alan Scott filed a civil complaint in which he alleges that the defendant, Admin Recovery, LLC, violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p, and Chapter 93A of the Massachusetts General Laws.  Scott also seeks leave to proceed in forma pauperis.

Upon review of the motion and the complaint, the Court hereby orders:

    1.   The motion for leave to proceed in forma pauperis is GRANTED.

    2.   The Clerk shall issue a summons and the plaintiff shall serve the summons, complaint, and this order upon the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

3. Because the plaintiff is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve a copy of the summons, complaint, and this order upon the defendant as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

4. The plaintiff shall have 90 days from the date of the issuance of the summons to complete service. Failure to complete service within 90 days may result in dismissal of the action. See Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).

SO ORDERED.

    /s/ Patti B. Saris\
    PATTI B. SARIS\
    CHIEF, U.S. DISTRICT JUDGE